UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NBIS CONSTRUCTION & TRANSPORT
INSURANCE SERVICES, INC.
a/s/o Sims Crane & Equipment Company

v.  Case No: 8:19-cv-2777-AAS

LIEBHERR-AMERICA, INC.
d/b/a Liebherr USA Co., and
Liebherr Cranes, Inc.

## PLAINTIFF'S DEPOSITION DESIGNATIONS

| Exhibit No. | Description |
|---|---|
| 167-1 | Deposition transcript of Elizabeth Baughman a/k/a Elizabeth Cross, Trina Cross and exhibits |
| 167-2 | Deposition transcript of Bret Jacobson and exhibits |
| 167-3 | Deposition transcript of Karl Rebman and exhibits |
| 167-4 | Deposition transcript of Jason D'Angelo and exhibits |
| 167-5 | Deposition transcript of Dr. Torben Reher and exhibits |
| 167-6 | Deposition transcript of Keith Martinson and exhibits |
| 167-7 | Deposition transcript of Steve Hoffman and exhibits |
| 167-8 | Deposition transcript of William Adams and exhibits |
| 167-9 | Deposition transcript of J.R. Bristow and exhibits |
| 167-10 | Deposition transcript of Ron King and exhibits |
| 167-11 | Liebherr US' Answers to NBI' first set of interrogatories |
| 167-12 | Liebherr US' Answers to second interrogatory |
| 167-13 | Liebherr US' Answers to third interrogatories |
| 167-14 | Affidavit of Dr. Torben Reher |
| 167-15 | Affidavit of ratification of Deborah Weber |
| 167-16 | Affidavit of Paul Steer |

| 167-17 | Affidavit of Arthur Kirkner |
| 167-18 | Arthur Kirkner's confirmation damages |
| 167-19 | Deposition of Arthur Kirkner |
| 167-20 | Agreement between Inter-Hanover and NBIS |