UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

NBIS CONSTRUCTION & TRANSPORT
INSURANCE SERVICES, INC., a/s/o
Sims Crane & Equipment Company,

       Plaintiff,

vs.            CASE NO.: 8:19-cv-02777-VMC-AAS

LIEBHERR-AMERICA, INC., d/b/a
LIEBHERR USA, CO., and
LIEBHERR CRANES, INC.,

       Defendants.

## DEFENDANT'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

NOW COMES Defendant LIEBHERR-AMERICA, INC., d/b/a LIEBHERR USA, CO., and formerly known as LIEBHERR CRANES, INC. ("LIEBHERR USA"), by and through its counsel, CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC, and for its Answers to Plaintiff's Second Set of Interrogatories states as follows:

  7.  Describe in detail how the Product Safety Bulletin first came into Your possession, including but not limited to, identifying: (a) the date You first received the Product Safety Bulletin; (b) the manner of transmittal (i.e. fax, email, mail, hand delivery); (c) the Person responsible for sending the Product Safety Bulletin to You; and (d) the Person who received the Product Safety Bulletin on Your behalf.

**ANSWER:**

  (a)  **November 10, 2017;**

  (b)  **Email;**

  (c)  **Sibylle Maier, Industrial Clerk, Liebherr-Werk Ehingen GmbH;**

    (d)    Ralf Vieten, General Manager Customer Service, LIEBHERR USA.

8. Describe in detail circumstances surrounding when You first learned of the issues identified in the Product Safety Bulletin, including but not limited to, identifying: (a) the date of Your First knowledge; (b) the manner in which you first learned of the issues identified in the Product Safety Bulletin; and (c) the Person(s) involved.

ANSWER:

    (a)    November 10, 2017;

    (b)    Reading the Product Safety Bulletin;

    (c)    Ralf Vieten, General Manager Customer Service, LIEBHERR USA.

9. Identify and describe any non-privileged communications (whether written or oral) between You, Liebherr Cranes, Inc., and/or Liebherr-Werk Ehingen GmBH regarding any issues identified in the Product Safety Bulletin.

ANSWER: None, other than the Product Safety Bulletin and retrofit documentation itself, as well as communications previously produced in LIEBHERR USA's Second Supplemental Responses and Objections to Plaintiff's First Requests for Production as LAI0738-740, LAI0744, and LAI0751-756.

## CERTIFICATION

Dr. Torben Reher, Managing Director of LIEBHERR USA, CO., hereby attests that he has read the foregoing Answers and Objections to Plaintiff's Second Set of Interrogatories, and knows the contents thereof; that said answers were prepared with the assistance and advice of counsel upon whose advice he has relied; that the answers set forth herein, subject to inadvertent or undiscovered errors, are based on and therefore necessarily limited by the records and information still in existence, presently recollected and thus far discovered in the course of the preparation of these answers; that he consequently reserves the right to make any changes in the answers if it appears at any time that omission or error have been made therein or that more accurate information is available; that subject to the limitations set forth herein the said answers are true and correct to the best of his knowledge, information and belief.

*[signature]*

Dr. Torben Reher
Managing Director
Liebherr USA, Co.

2

LIEBHERR-AMERICA, INC., a Virginia corporation d/b/a LIEBHERR USA CO., and formerly known as LIEBHERR CRANES, INC., Defendants,

By: /s/Thomas R. Pender
One of Its Attorneys

Thomas R. Pender (admitted *pro hac vice*)
William J. Cremer (admitted *pro hac vice*)
CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC
One North Franklin Street - 10th Floor
Chicago, Illinois 60606
(312) 726-3800
(312) 726-3818 (Fax)
tpender@cremerspina.com
wcremer@cremerspina.com

-and-

Michael L Forte
RUMBERGER KIRK
100 North Tampa Street, Suite 2000
Tampa, FL 33602
(813) 223-4253
mforte@rumberger.com

## CERTIFICATE OF SERVICE

THOMAS R. PENDER, ESQUIRE, Attorney for Defendant in the within action, hereby states that a true and correct copy of the foregoing Answers and Objections to Plaintiff's Second Set of Interrogatories, was served upon the attorneys of record for the Plaintiff, via electronic mail at the addresses set forth below:

**Attorney for Plaintiff**
Joshua R. Goodman, Esq.
Matthew N. Horowitz, Esq.
Cozen O'Connor
200 South Biscayne Blvd, Suite 3000
Miami, FL 33131
Tel: (305) 704-5940
Fax: (305) 704-5955
jgoodman@cozen.com
mhorowitz@cozen.com

3

                        LIEBHERR-AMERICA, INC., a Virginia corporation d/b/a LIEBHERR USA CO., and formerly known as LIEBHERR CRANES, INC., Defendants,

                        By: /s/Thomas R. Pender
                              One of Its Attorneys

Thomas R. Pender
CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC
One North Franklin Street - 10th Floor
Chicago, Illinois 60606
(312) 726-3800
(312) 726-3818 (Fax)
tpender@cremerspina.com

#392446

4